# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LEE ANN CHRISTENSEN, as personal representative of
the Estate of Larry Joe Hayhurst, deceased,

Appellant/Cross-Appellee,

v.

BETTY JEAN HAYHURST,

Appellee/Cross-Appellant.

No. 2D2022-3368

————————————————

July 10, 2024

Appeal from the Circuit Court for Hillsborough County; Lindsay M.
Alvarez, Judge.

K. Dean Kantaras of K. Dean Kantaras, P.A., Palm Harbor, for
Appellant/Cross-Appellee.

Elizabeth S. Wheeler of Berg & Wheeler, P.A., Brandon, for
Appellee/Cross-Appellant.


PER CURIAM.

    Affirmed.

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.